DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DENISE CLARK,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON** f/k/a **THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2007-18CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18CB; SUCCESSFUL BIDDER REALTY WHOLESALERS, INC.; UNKNOWN SPOUSE OF DENISE CLARK A/K/A DENISE M. CLARK; UNKNOWN HEIRS OF DENISE CLARK A/K/A DENISE M. CLARK; THE 300 PROPERTY OWNERS ASSOCIATION, INC.,** and **UNKNOWN TENANT IN POSSESSION OF SUBJECT PROPERTY,**
Appellees.

No. 4D2022-2971

[November 30, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Kerner, Judge; L.T. Case No. 502019CA002327XXXXMBAN.

Michael P. Brundage of Brundage Law P.A., Safety Harbor, for appellant.

Nancy M. Wallace of Akerman LLP, Tallahassee, William P. Heller of Akerman LLP, Fort Lauderdale, and Cary A. Lubetsky and Salvatore H. Fasulo of Krinzman Huss Lubetsky Feldman & Hotte, Miami, for appellee The Bank of New York Mellon.

Peter B. Weintraub of Weintraub & Weintraub, P.A., Boca Raton, for appellee Successful Bidder, Realty Wholesalers, Inc.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., FORST and KUNTZ, JJ., concur.

*       *       *

*Not final until disposition of timely filed motion for rehearing.*